UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
IN RE ACE SECURITIES CORP.
RMBS LITIGATION                                          :
                                                                        ORDER
                                                                   :    13 Civ. 1869
------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      With respect to the request to file materials under seal (Docket # 122), this request is granted in part and denied in part.

      A movant shall file any motion papers that contain confidential material in unredacted form under seal, with copies served on all parties. In addition, a courtesy copy of any papers filed under seal shall be sent by mail or hand delivery to Chambers.

      However, the motion papers shall be filed in <u>redacted</u> form on ECF as well – that is, with redactions of any materials (including references to materials) that a party has designated as confidential. Other materials in these papers shall <u>not</u> be redacted. Before the public filing occurs, the parties must confer regarding the appropriate redactions to be made to the public filing. To allow for such discussions, the redacted version of the motion papers may be filed on ECF within one week of the due date of the particular filing.

      SO ORDERED.

Dated: August 5, 2015
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge